UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDREW RAMSEY,**

    **Plaintiff,**

    **v.**

**PHH MORTGAGE CORP., et al.,**

    **Defendants.**

    Case No. 2:15-cv-2321
    JUDGE GREGORY L. FROST
    Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of Plaintiff's motion to dismiss all claims against Equifax as a party.  (ECF No. 49.)  The Court **GRANTS** the motion.  The Clerk is **DIRECTED** to drop Equifax Information Services LLC as a party to this action.

    **IT IS SO ORDERED**.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE